# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                             NO. 4:18-cr-00662-JM-1

FRANK CHRISTAN DUNN                                    DEFENDANT

## ORDER OF DETENTION

Defendant Frank Christian Dunn appeared in person with his attorney, Jack Lassiter, for a change of plea hearing on this date. The government was represented by Assistant United States Attorney Kristin Bryant.

Following the acceptance of the Defendant's guilty plea to Count 4 of the Indictment, the Court addressed Dunn's Motion to Continue Defendant on Current Conditions of Release Pending Sentencing (DE #15). Following testimony from the Defendant and statements from counsel, the Court determined that the motion should be denied, and the Defendant was ordered detained pursuant to 18 U.S.C. § 3143(a)(2). The Defendant will remain in the custody of the United States Marshal until sentencing.

IT IS SO ORDERED this 14th day of August, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE