IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.   4:18-CR-00662-01-JM

FRANK CHRISTIAN DUNN

## ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 35) is DENIED.

On August 13, 2019, Defendant pled guilty to receipt of child pornography.[1] He was sentenced to 90 months in prison.[2]

Defendant wants compassionate release because of his health conditions and COVID-19. These are not "extraordinary and compelling" reasons to warrant relief. Additionally, the relief is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense. The claims Defendant asserts involving his medical care are more appropriately addressed in a 42 U.S.C. § 1983 action.

IT IS SO ORDERED, this 15th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 16, 17.

[2] Doc. Nos. 23, 25.